UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | INDICTMENT CR 13-182 MJD/LIB |
|---|---|---|
| Plaintiff, | ) | 18 U.S.C. § 981(a)(1)(C) |
|  | ) | 18 U.S.C. § 2113(b) |
| v. | ) | 28 U.S.C. § 2461(c) |
|  | ) |  |
| CHRISTOPHER JAMES DIESTLER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

THE UNITED STATES GRAND JURY CHARGES THAT:

COUNT 1
(Bank Larceny)

From at least in or about March 2005 and continuing through on or about March 15, 2012, in the State and District of Minnesota, the defendant,

**CHRISTOPHER JAMES DIESTLER,**

did take and carry away, with intent to steal and purloin, money belonging to, and in the care, custody, control, management, and possession of Bremer Bank, Wells Fargo Bank, and U.S. Bank, banks whose deposits were then insured by the Federal Deposit Insurance Corporation, to wit: the defendant, while carrying out his duties as an armored truck driver, stole $182,350.00 from the following bank automated teller machines:

| ATM LOCATION | BANK | AMOUNT |
|---|---|---|
| Cascade Street South, Fergus Falls, MN | Bremer Bank | $11,550.00 |
| Atlantic Avenue, Morris, MN | Bremer Bank | $21,580.00 |
| North Fifth Street, Breckenridge, MN | Bremer Bank | $25,600.00 |
| East Fourth Street, Morris, MN | Bremer Bank | $13,620.00 |
| Jefferson Street, Alexandria, MN | Bremer Bank | $9,440.00 |



SCANNED
JUL 1 6 2013
U.S. DISTRICT COURT MPLS

| ATM LOCATION | BANK | AMOUNT |
|---|---|---|
| Highway 29 South, Alexandria, MN | Bremer Bank | $22,000.00 |
| Commerce Street, Wahpeton, ND | Bremer Bank | $5,960.00 |
| Highway 34 East, Detroit Lakes, MN | Bremer Bank | $7,800.00 |
| Washington Street, Detroit Lakes, MN | Bremer Bank | $10,780.00 |
| 50th Avenue West, Alexandria, MN 56308 | Wells Fargo | $22,120.00 |
| South Union Avenue, Fergus Falls, MN | U.S. Bank | $31,900.00 |

all in violation of Title 18, United States Code, Section 2113(b).

### FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

As the result of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 2113(b).

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All in violation of Title 18, United States Code, Sections 981(a)(1)(C) and 2113(b), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY             FOREPERSON